UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSE PADRON COVARRUBIAS § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-CV-112 |
| § | |
| MIGUEL VERGARA, ICE Field Office § | |
| Director, San Antonio ICE Detention and § | |
| Removal, in his Official Capacity; § | |
| KRISTI NOEM, in her Official Capacity § | |
| as the Secretary for Homeland Security; § | |
| PAMELA JO BONDI, in her Official § | |
| Capacity as Attorney General of the U.S. § | |
| Department of Justice; JUAN S. DIAZ, § | |
| Warden, Laredo Processing Center, § | |
| Corrections Corporation of America; § | |
| ATTORNEY SUSAN AIKMAN, in her § | |
| Official Capacity as Assistant Chief § | |
| Counsel Office of Chief Counsel, U.S. § | |
| Immigration and Customs Enforcement § | |

## ORDER

Pending before the Court is Petitioner Jose Padron Covarrubias' ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. No. 3). Petitioner lists United States Department of Homeland Security Secretary Kristi Noem, United States Immigration and Customs Enforcement San Antonio Field Office Director Miguel Vergara, United States Attorney General Pamela Jo Bondi, Warden of the Laredo Processing Center Juan S. Diaz, and Assistant Chief Counsel for the United States Immigration and Customs Enforcement Susan Aikman. (*Id.* at 1). Having reviewed the petition, the Court hereby **ORDERS** Respondents to submit a response and serve it on Petitioner no later than **August 11, 2025.**

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 3), Supplements to the Petition (Dkt. Nos. 1–2), and this Order on Respondents via certified

mail. Respondent Kristi Noem or her designee may be served at 245 Murray Lane, SW, Mail Stop 0485, Washington, D.C. 20528-0485. Respondent Miguel Vergara or his designee may be served at 1777 NE Loop 410, San Antonio, Texas, 78217. Respondent Pamela Bondi or her designee may be served at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001. Respondent Juan S. Diaz or his designee may be served at 1001 San Rio Blvd., Laredo, Texas 78046. Respondent Attorney Susan Aikman or her designee may be served at 1015 Jackson-Keller Road, Suite 100, San Antonio, Texas 78213.

Finally, Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

IT IS SO **ORDERED**.

**SIGNED** the 10th day of July, 2025.

Christopher dos Santos
United States Magistrate Judge