Case 5:25-cv-00112   Document 32   Filed on 10/23/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **JOSE PADRON COVARRUBIAS,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 5:25-CV-112** |
| | § | |
| **MIGUEL VERGARA, ET AL.,** | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum & Order, (Dkt. No. 30), Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 3), has been **GRANTED in part** and **DENIED in part**. The Court ordered the respondents to release Padron unless he was provided a bond hearing by October 17, 2025. (Dkt. No. 30 at 8). The Court ordered the parties to file an advisory on the status of the bond hearing or release by October 21, 2025. (*Id.*)

According to the Joint Advisory Regarding Status of Case, (Dkt. No. 31), Padron received a bond hearing on October 15, 2025. (*Id.* at 2). An immigration judge granted a bond in the amount of $6,000. (*Id.*). Initially, the Government appealed the custody determination, which stayed Padron's bond. (*Id.*). However, the Government withdrew the appeal and Padron's family paid the bond. (*Id.*). Padron has been released and is no longer in Respondents' custody. (*See id.*). Following the Court's order and Padron's release, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on October 23, 2025.

John A. Kazen
United States District Judge