United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JOSE PADRON COVARRUBIAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:25-CV-112** |
| | § | |
| **MIGUEL VERGARA, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

Before the Court is the Parties' Advisory as to Status of Habeas Corpus Petition, (Dkt. No. 41). The parties advise that Petitioner is not detained, and they jointly request a stay of this case pending the Fifth Circuit's decision in *Sosnava-Rodriguez v. Blanche*, No. 26-50183 (5th Cir.).

The Court **GRANTS** the parties' joint request. This action is **STAYED** pending the Fifth Circuit's decision in *Sosnava-Rodriguez*. The parties are **ORDERED** to file advisories **within seven (7) days** of the issuance of the Fifth Circuit's opinion, summarizing the holding in that case and stating the parties' positions on its effect, if any, on this case.

It is so **ORDERED**.

**SIGNED** on May 7, 2026.

John A. Kazen
United States District Judge