United States District Court
Southern District of Texas

**ENTERED**

July 14, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **JOSE PADRON COVARRUBIAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:25-CV-112** |
| | § | |
| **MIGUEL VERGARA,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On May 7, 2026, the Court stayed this action pending the Fifth Circuit's decision in *Sosnava-Rodriguez v. Blanche*, No. 26-50183 (5th Cir.). (Dkt. No. 42). The parties were ordered to file advisories within seven days of the issuance of the Fifth Circuit's opinion, summarizing the holding in that case and stating the parties' positions on its effect, if any, on this case. (*Id.*).

On July 2, 2026, the Fifth Circuit entered a panel decision in *Sosnava-Rodriguez. Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026). On July 9, 2026, Petitioner filed an advisory stating his position on the effect of *Sosnava-Rodriguez.* (Dkt. No. 43). Respondents did not file a response within seven days.

In any event, the Fifth Circuit granted its own motion for rehearing en banc in *Sosnava-Rodriguez* on July 10, 2026. No. 26-50183, Dkt. No. 174-1 at 3 (5th Cir. July 10, 2026). Consequently, the July 2 opinion was vacated. *Id.* Because the issues in *Sosnava-Rodriguez* remain unresolved by the Fifth Circuit and the parties previously requested to stay the case pending resolution of the issue, (Dkt. No. 41), the Court finds it appropriate to maintain the stay.

As such, this action is **STAYED** pending the Fifth Circuit's en banc decision in *Sosnava-Rodriguez*. The parties are **ORDERED** to file advisories **<u>within seven (7) days</u>** of the issuance of the Fifth Circuit's opinion, summarizing the holding in that case and stating the parties' positions on its effect, if any, on this case.

It is so **ORDERED**.

**SIGNED** on July 14, 2026.

_____
John A. Kazen
United States District Judge

2 / 2